

# Fourth Court of Appeals
### San Antonio, Texas

## JUDGMENT

No. 04-15-00733-CV

**THE CITY OF HELOTES**; Tom Schoolcraft, in his capacity as Mayor of Helotes; Rick Schroder, in his capacity as Helotes City Administrator; and Ernest Cruz, in his capacity as Head of the Helotes Development Services Department,
Appellants

v.

**TEXAS ASSOCIATION OF BUILDERS** and The Greater San Antonio Builders Association,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07817
Honorable Karen H. Pozza, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is hereby REINSTATED on this court's docket, appellants' Motion to Dismiss Appeal is GRANTED, and this appeal is DISMISSED.

Costs of appeal are assessed against the party that incurred them.

SIGNED September 7, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice